DAVID L. SKELTON, TRUSTEE  #96250
REBECCA E. PENNINGTON  #174488
RICHARD L. STEVENSON  #239705
OFFICE OF THE CHAPTER 13 TRUSTEE
525 B STREET, SUITE 1430
SAN DIEGO, CA 92101
(619) 338-4006

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 WEST F STREET, SAN DIEGO CA 92101-6991

| In Re<br><br>DOUGLAS RANDOLPH TUCKER<br>HOLLY ANN HOLMES<br>402 W. SAN MARCOS BLVD., #104<br>SAN MARCOS, CA 92069<br><br>                                          Debtors. | Bankruptcy No.  10-21950-MM13<br><br>Date:  June 1, 2011<br>Time:  10:00 AM<br>Dept:  3 |
|---|---|

TRUSTEE OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND
MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307 (C)(5)

   DAVID L. SKELTON, the standing Chapter 13 Trustee (the "Trustee"), hereby objects to confirmation and moves this Court for an Order of Dismissal and Denial of Confirmation.  The bases for the Trustee's objection(s) are:

**1-1.**  The Plan provides for payments over a period exceeding five years (or exceeding 3 years without cause). [1322(a)]  **ESTIMATED AT 86 MONTHS.**

**2-3.**  The debtors have failed to apply all projected disposable income to the Plan for a period of not less than three years. [1325(b)(1)(B)]    **2007 TOYOTA NOT EXCLUDED, BUT $343 MONTHLY PAYMENT IN BUDGET.**

**3-8.**  The debtors have no ability to make the payments proposed by the Plan. [1325(a)(6)]  The debtors have no regular income. [109(e)]  **NO ESTIMATED TAXES IN BUDGET**.

**4-9.**  The Plan is incomprehensible or internally inconsistent and the Trustee cannot administer it in its current format. **NEED LIENSTRIP ORDER; HEARING 5-17-11 @ 10AM DEPT 2**


WHEREFORE, the Trustee respectfully requests that confirmation of Debtors' plan be denied and the case dismissed.

Date:  January 24, 2011                                                             /s/ Richard L. Stevenson
                                                                                                     Attorney for David L. Skelton Trustee