**CSD 1172** [10/17/05]
Name, Address, Telephone No. & I.D. No.

**INTERNAL REVENUE SERVICE
INSOLVENCY UNIT
880 Front St. Ste. 3269
San Diego, Ca. 92101**

(619)615-7781

FILED
11 JAN 24 PM 2:26
CLERK
U.S. BANKRUPTCY CT.
SO. DIST OF CALIF

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

**Douglass Randolph Tucker
Holly Ann Holmes**

Debtor.

BANKRUPTCY NO. **10-21950**

§341(a) Mtg. Date: **01/21/2011**
§341(a) Mtg. Time: **11:30 am**

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

TO THE DEBTOR, THE DEBTOR'S ATTORNEY AND THE CHAPTER 13 TRUSTEE:

☐ Thomas H. Billingslea, Jr., Chapter 13 Trustee     ☑ David L. Skelton, Chapter 13 Trustee,

☐ Internal Revenue Service 880 Front Street San Diego Ca. 92101
(Insert Name and Complete Mailing Address of Objecting Party)

_____,
a creditor in this case,
hereby objects to the Confirmation of the Chapter 13 Plan. The basis for the objection is stated below.
(NOTE TO OBJECTING PARTY: YOUR STATEMENT OF OBJECTION MUST BE AS SPECIFIC AS POSSIBLE. CHECK ONLY THOSE SECTIONS WHICH ARE APPLICABLE TO YOUR OBJECTION AND PROVIDE AN EXPLANATION OF YOUR OBJECTION WHERE REQUESTED):

1. ☐ The Plan discriminates unfairly against the class(es) of unsecured claims because

    . [§1322(b)(1)]

2. ☐ The Plan modifies the rights of a creditor whose claim is secured only by a security interest in real property that is the debtor's principal residence by providing that

    . [§1322(b)(2)]

3. ☐ The Plan fails to provide for the curing of a default and maintenance payments on a secured or unsecured claim on which final payment is due after the proposed final payment under the Plan. [§1322(b)(5)]

4. ☐ The Chapter 13 Plan is not proposed in good faith because

    . [§1325(a)(3)]

**THIS OBJECTION TO CHAPTER 13 PLAN MUST BE ACCOMPANIED BY A NOTICE OF HEARING
PURSUANT TO LOCAL BANKRUPTCY RULE 3015-5**

CSD 1172     [Continued on Page 2]

CSD 1173 (Page 2) [10/17/05]

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on __24th__ day of __January 2011_____, I served a true copy of the within NOTICE OF HEARING ON OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN by [describe here mode of service]

on the following persons [set forth name and address of each person served] and/or as checked below:

[ ]   For ODD numbered Chapter 13 cases:  
      THOMAS H. BILLINGSLEA, JR., TRUSTEE  
      530 "B" Street, Suite 1500  
      San Diego, CA 92101

[✓]   For EVEN numbered Chapter 13 cases:  
      DAVID L. SKELTON, TRUSTEE  
      525 "B" Street, Suite 1430  
      San Diego, CA 92101-4507

[✓]   Attorney for Debtor (or Debtor):

Daniel Guinn Shay  
8880 Rio San Diego Dr. Ste 800  
San Diego Ca 92108

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __01/24/2011_____  
             (Date)

J.Richardson _____  
(Typed Name and Signature)

880 Front Street _____  
(Address)

San Diego Ca 92139 _____  
(City, State, ZIP Code)

CSD 1173