Daniel G. Shay, SBN 250548
DAN SHAY LAW
8880 Rio San Diego Dr., Ste. 800
San Diego, CA 92108
Phone: 619-222-7429
Fax: 866-431-3292
DanShay@SDBKN.com

Attorney for Debtors, Douglas Tucker & Holly Holmes

UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 10-21950-MM13 |
| | Chapter 13 |
| DOUGLAS TUCKER & HOLLY HOLMES | DEBTORS' RESPONSE TO IRS OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN |
| Debtors. | Hearing Date:    5/17/2011<br>Hearing Time:    10:00AM<br>Department:    1 |

TO INTERNAL REVENUE SERVICE ("IRS"):

In response to the IRS Objection to Confirmation of Chapter 13 Plan filed by the IRS on 1/24/11 under Document Number 17, Debtors respond as follows:

1.    Estimated taxes were included Debtors' budget on Schedule I, Line 4a.

2.    Debtor's have been paying their estimated taxes and will continue to do so.

Respectfully Submitted,

DATED: 5/6/11                    ___/s/ Daniel G. Shay___
                                         Attorney for Debtors

1