Daniel G. Shay, SBN 250548
DAN SHAY LAW
8880 Rio San Diego Dr., Ste. 800
San Diego, CA 92108
Phone: 619-222-7429
Fax: 866-431-3292
DanShay@SDBKN.com

Attorney for Debtors, Douglas Tucker & Holly Holmes

UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 10-21950-MM13 |
| | Chapter 13 |
| DOUGLAS TUCKER & HOLLY HOLMES | DEBTORS' RESPONSE TO TRUSTEE OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN |
| Debtors. | Hearing Date: 5/17/2011<br>Hearing Time: 10:00AM<br>Department: 1 |

TO DAVID L. SKELTON, TRUSTEE:

In response to the Trustee Objection to Confirmation of Chapter 13 Plan filed by Trustee on 1/24/11 under Document Number 14, Debtors respond as follows:

1. <u>Plan Length</u>: Debtors' filed a Modified Chapter 13 Plan on 5/6/11, Document Number 39 ("Modified Plan"), correcting The Plan to be 60 months.

2. <u>Auto Payment</u>: Debtors' Modified Plan excludes the 2007 Toyota Tacoma loan with WFS / Wachovia Dealer Services to allow for the $343.00 on Schedule J, Line 13a.

3. <u>Estimated taxes</u> were included Debtors' budget on Schedule I, Line 4a.

1

4. Debtor's have been paying their estimated taxes and will continue to do so.

5. The <u>Lien Strip Order</u> was granted on 4/8/11 under Document Number 33.

                                                      Respectfully Submitted,

DATED: 5/6/11                                         /s/ Daniel G. Shay
                                                               Attorney for Debtors