DAVID L. SKELTON, TRUSTEE  #96250
REBECCA E. PENNINGTON  #174488
RICHARD L. STEVENSON  #239705
OFFICE OF THE CHAPTER 13 TRUSTEE
525 B STREET, SUITE 1430
SAN DIEGO, CA 92101
(619) 338-4006


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 WEST F STREET, SAN DIEGO CA 92101-6991

| In Re | Bankruptcy No.  10-21950-MM13 |
|---|---|
| DOUGLAS RANDOLPH TUCKER<br>HOLLY ANN HOLMES<br>402 W. SAN MARCOS BLVD., #104<br>SAN MARCOS, CA 92069 | Date:  May 17, 2011<br>Time:  10:00 AM<br>Dept:  1 |
| Debtors. | |

SUPPLEMENTAL TRUSTEE OBJECTION TO CONFIRMATION OF MODIFIED CHAPTER 13 PLAN
DATED 5/6/2011 AND MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307 (C)(5)
ORIGINAL OBJECTION FILED 1/24/2011

DAVID L. SKELTON, the standing Chapter 13 Trustee (the "Trustee"), hereby objects to confirmation and moves this Court for an Order of Dismissal and Denial of Confirmation.  The bases for the Trustee's objection(s) are:

**1-6.**  The debtors are distributing less to the allowed unsecured creditors than they would receive under a Chapter 7 liquidation.[1325(a)(4)]

**2-7.**  The Plan: (a) has not been accepted by each secured creditors; OR, (b) does not provide Debtors are to surrender collateral to non-consenting lien creditors; OR, (c) fails to provide non-consenting creditors will retain lien against collateral AND the value to be paid each non-consenting lien creditor is less than allowable amount of claim. [1325(a)(5)]

WHEREFORE, the Trustee respectfully requests that confirmation of Debtors' plan be denied and the case be dismissed.

Date:  May 13, 2011

/s/ Rebecca E. Pennington
Attorney for David L. Skelton Trustee