DAVID L. SKELTON, TRUSTEE #96250
REBECCA E. PENNINGTON #174488
RICHARD L. STEVENSON #239705
OFFICE OF THE CHAPTER 13 TRUSTEE
525 B STREET, SUITE 1430
SAN DIEGO, CA 92101
(619) 338-4006 FAX (619) 239-5242

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 WEST F STREET, SAN DIEGO CA 92101-6991

| In Re:<br><br>DOUGLAS RANDOLPH TUCKER<br>HOLLY ANN HOLMES<br><br>                                      Debtors. | Case No. 10-21950-MM13<br><br>Hearing Date: May 17, 2011<br>Time: 10:00 AM<br>Dept: 1 |
|---|---|

## TRUSTEE'S STATEMENT OF CASE STATUS

Pending resolution of the following issues, objections remain:

1. The Trustee's issues have been resolved.

2. The IRS Objection remains.

DATE: May 12, 2011                                  /s/ Rebecca E. Pennington
                                                    Attorney for David L. Skelton, Trustee