```
Daniel G. Shay, SBN 250548
DAN SHAY LAW
8880 Rio San Diego Dr., Ste. 800
San Diego, CA 92108
Phone: 619-222-7429
Fax: 866-431-3292
DanShay@SDBKN.com
```

Attorney for Debtors, Douglas Tucker & Holly Holmes

UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 10-21950-MM13 |
| | Chapter 13 |
| DOUGLAS TUCKER & HOLLY HOLMES | DEBTORS' RESPONSE TO DECLARATION OF SYLVIA L. SHAUGHNESSY (LBR 3015-6) |
| Debtors. | Hearing Date: 5/17/2011<br>Hearing Time: 10:00 AM<br>Department: One |

TO INTERNAL REVENUE SERVICE ("IRS"):

In response to the Declaration of Sylvia Shaughnessy (LBR 3015-6) of The IRS supporting The Objection to Confirmation of Chapter 13 Plan filed by the IRS on January 24th, 2011 under Document Number 16, Debtors respond as follows:

1. Debtors' 2010 IRS 1040 was E-Filed and accepted by the IRS on April 6th, 2011 (EXHIBIT A).

2. Debtors' owe $9,905.00 to IRS for 2010 Federal Taxes, Line 76 of the Debtors' 2010 IRS 1040 (EXHIBIT B).

1

3. Debtors have paid the IRS $4,000.00 since filing bankruptcy on December 15th, 2010 for 2011 Estimated Self-Employment Taxes (EXHIBIT C).

4. The IRS filed Proof of Claim Number One on December 22nd, 2010 with a Priority Amount of $19,703.56.

5. $19,703.56 claim plus $9,905.00 for 2010 is $29,608.56 total Priority Taxes owed to IRS.

6. IRS Priority Taxes were listed on Debtors' Schedule E at $31,326.08 which included 2010 IRS Estimated Self-Employment Taxes (SCHEDULE E).

7. All of Debtors' IRS Taxes owed at this time are scheduled to be paid in Debtors' Modified Chapter 13 Plan filed May 6th, 2011. (MODIFIED CHAPTER 13 PLAN).

8. There is more than enough money in Debtors's Budget and Modified Chapter 13 Plan to pay the IRS everything that is owed.

Respectfully Submitted,

DATED: 5/16/11      /s/ Douglas Tucker      /s/ Holly Holmes
                              Debtor                  Co-Debtor

2

# Exhibit A

| 05/13/2011 | 2010 e-file Activity Report | Page 1 |
|---|---|---|
| 05:43 PM | Law Offices Of John V. Scannell APC | |

```
Client TUCKER    - Douglas Tucker and Holly Holme      SSN: ███-██-5933
DCN: 00-333213-26086-1
DCN (Ext.): 00-333213-26130-1
Federal:            Balance Due.........$9905
California:         Balance Due.........$368
Federal   (Ext.):   Balance Due.........$9702

Activity
----------

US - ACCEPTED     04/06   (Current Status)

    Previous Activity
       -  04/06 Sent to the IRS
       -  04/06 Received at Lacerte
       -  04/06 Sent to Lacerte
       -  04/06 Ready To Send
       -  04/06 Passed Validation


CA - ACCEPTED     04/06   (Current Status)

    Previous Activity
       -  04/06 Sent to California
       -  04/06 Received at Lacerte
       -  04/06 Sent to Lacerte
       -  04/06 Ready To Send
       -  04/06 Passed Validation

Extension
-------------
US - ACCEPTED     04/04   (Current Status)

    Previous Activity
       -  04/03 Sent to the IRS
       -  04/03 Received at Lacerte
       -  04/03 Sent to Lacerte
       -  04/03 Ready To Send
       -  04/03 Passed Validation
```

# Exhibit B

| Form **1040** | Department of the Treasury — Internal Revenue Service<br>**U.S. Individual Income Tax Return** | **2010** | (99) | IRS Use Only — Do not write or staple in this space. |
|---|---|---|---|---|

For the year Jan 1 - Dec 31, 2010, or other tax year beginning _____ , 2010, ending _____ , 20 ___   OMB No. 1545-0074

**Name, Address, and SSN**
See separate instructions.

Your first name: Douglas   MI: ___   Last name: Tucker
Your social security number: ###-##-5933

Spouse's first name: Holly   MI: ___   Last name: Holmes
Spouse's social security number: ###-##-9180

Home address: 402 W San Marcos Blvd #104
City: San Marcos, CA 92069

Make sure the SSN(s) above and on line 6c are correct.

Presidential Election Campaign: Check here if you, or your spouse if filing jointly, want $3 to go to this fund?  ☐ You  ☐ Spouse

**Filing Status** (Check only one box.)
1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above & full name here.
4. ☐ Head of household (with qualifying person).
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**
- 6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a.
- 6b ☒ Spouse
- 6c Dependents: (none)
- Boxes checked on 6a and 6b: **2**
- Add numbers on lines above: **2**
- d Total number of exemptions claimed

**Income**

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 8a | Taxable interest. Attach Schedule B if required | 18. |
| 8b | Tax-exempt interest | |
| 9a | Ordinary dividends | |
| 9b | Qualified dividends | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 57,179. |
| 13 | Capital gain or (loss) | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | |
| 15b | Taxable amount | |
| 16a | Pensions and annuities  11,931. | |
| 16b | Taxable amount | 0. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits | |
| 20b | Taxable amount | |
| 21 | Other income | |
| 22 | **Total income** | 57,197. |

Rollover

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 3,857. |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction | 2,585. |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid  b Recipient's SSN | |
| 32 | IRA deduction | |
| 33 | Student loan interest deduction | 253. |
| 34 | Tuition and fees. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 - 31a and 32 - 35 | 6,695. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** | 50,502. |

BAA  For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    FDIA0112L  12/22/10    Form **1040** (2010)

Form **1040** (2010)  Douglas Tucker and Holly Holmes                          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      Page **2**

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38  Amount from line 37 (adjusted gross income) | 38 | 50,502. |
| | 39a Check if: ☐ You were born before January 2, 1946, ☐ Blind.  ☐ Spouse was born before January 2, 1946, ☐ Blind.  Total boxes checked ▶ 39a ☐ | | |
| | b If your spouse itemizes on a separate return, or you were a dual-status alien, check here ▶ 39b ☐ | | |
| | 40  Itemized deductions (from Schedule A) or your standard deduction (see instructions) | 40 | 19,035. |
| | 41  Subtract line 40 from line 38 | 41 | 31,467. |
| | 42  **Exemptions.** Multiply $3,650 by the number on line 6d | 42 | 7,300. |
| | 43  **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 24,167. |
| | 44  **Tax** (see instrs). Check if any tax is from:  a ☐ Form(s) 8814  b ☐ Form 4972 | 44 | 2,789. |
| | 45  **Alternative minimum tax** (see instructions). Attach Form 6251 | 45 | 0. |
| | 46  Add lines 44 and 45 ▶ | 46 | 2,789. |
| | 47  Foreign tax credit. Attach Form 1116 if required ....... 47 | | |
| | 48  Credit for child and dependent care expenses. Attach Form 2441 ..... 48 | | |
| | 49  Education credits from Form 8863, line 23 ....... 49 | | |
| | 50  Retirement savings contributions credit. Attach Form 8880 ... 50 | | |
| | 51  Child tax credit (see instructions) ....... 51 | | |
| | 52  Residential energy credits. Attach Form 5695 ....... 52 | | |
| | 53  Other crs from Form:  a ☐ 3800  b ☐ 8801  c ☐ ____  53 | | |
| | 54  Add lines 47 through 53. These are your **total credits** | 54 | |
| | 55  Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 55 | 2,789. |
| **Other Taxes** | 56  Self-employment tax. Attach Schedule SE | 56 | 7,713. |
| | 57  Unreported social security and Medicare tax from Form:  a ☐ 4137  b ☐ 8919 | 57 | |
| | 58  Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 | |
| | 59a ☐ Form(s) W-2, box 9   b ☐ Schedule H   c ☐ Form 5405, line 16 | 59 | |
| | 60  Add lines 55-59. This is your **total tax** ▶ | 60 | 10,502. |
| **Payments** | 61  Federal income tax withheld from Forms W-2 and 1099 ..... 61 | | |
| | 62  2010 estimated tax payments and amount applied from 2009 return ..... 62 | | |
| If you have a qualifying child, attach Schedule EIC. | 63  Making work pay credit. Attach Schedule M ....... 63  800. | | |
| | 64a **Earned income credit (EIC)** ....... 64a | | |
| | b Nontaxable combat pay election ▶ 64b | | |
| | 65  Additional child tax credit. Attach Form 8812 ....... 65 | | |
| | 66  American opportunity credit from Form 8863, line 14 ....... 66 | | |
| | 67  First-time homebuyer credit from Form 5405, line 10 ....... 67 | | |
| | 68  Amount paid with request for extension to file ....... 68 | | |
| | 69  Excess social security and tier 1 RRTA tax withheld ....... 69 | | |
| | 70  Credit for federal tax on fuels. Attach Form 4136 ....... 70 | | |
| | 71  Credits from Form:  a ☐ 2439  b ☐ 8839  c ☐ 8801  d ☐ 8885  71 | | |
| | 72  Add lns 61-63, 64a, & 65-71. These are your **total pmts** ▶ | 72 | 800. |
| **Refund** | 73  If line 72 is more than line 60, subtract line 60 from line 72. This is the amount you **overpaid** | 73 | |
| | 74a Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 74a | |
| Direct deposit? See instructions. | ▶ b Routing number _____   ▶ c Type: ☐ Checking ☐ Savings | | |
| | ▶ d Account number _____ | | |
| | 75  Amount of line 73 you want **applied to your 2011 estimated tax** ▶ 75 | | |
| **Amount You Owe** | 76  **Amount you owe.** Subtract line 72 from line 60. For details on how to pay see instructions ▶ | 76 | 9,905. |
| | 77  Estimated tax penalty (see instructions) ....... 77  203. | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ **Yes.** Complete below.  ☐ No | | |
| | Designee's name ▶ Linda Catalina, CPA   Phone no. ▶ 858-484-6997   Personal identification number (PIN) ▶ 65444 | | |

| **Sign Here** Joint return? See instructions. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | | |
|---|---|---|---|---|
| | Your signature ▶ | Date | Your occupation  Network Engineer | Daytime phone number |
| | Spouse's signature. If a joint return, **both** must sign. ▶ | Date | Spouse's occupation  Consultant | |

| **Paid Preparer's Use Only** | Print/Type preparer's name  Linda Catalina, CPA | Preparer's signature  Linda Catalina, CPA | Date | Check ☐ if self-employed | PTIN  P00202266 |
|---|---|---|---|---|---|
| | Firm's name ▶ Law Offices Of John V. Scannell APC | | | Firm's EIN ▶ 20-0633200 | |
| | Firm's address ▶ 8880 Rio San Diego Drive, Suite 800  San Diego, CA 92108 | | | Phone no. 858.484.6997 | |

Form **1040** (2010)

FDIA0112L  12/22/10

# Exhibit C

 

## Check Images

This image contains confidential and personal information. If you print it, please store it in a secure place to prevent unauthorized use or theft of this information. For your safety, we recommend that you shred the document if you choose to discard or destroy the image copy.

**Account # :** ▮▮▮▮7254    **Date Processed:**    05/12/11    **Check # :**    6507    **Amount:**    $1,000.00



DOUGLAS TUCKER
402 W SAN MARCOS BLVD. UNIT 104
SAN MARCOS, CA 92069

90-3582/1222    6507

DATE 5-3-11

PAY TO THE ORDER OF   IRS   UNITED STATES TREASURY   $ 1000 —

One thousand & 00/100 — DOLLARS

usbank. All of us serving you℠

MEMO 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  2011

⑈122235821⑈ ▮▮▮▮▮▮▮254⑈6507  ⑈0000100000⑈

ENDORSE HERE
"For Deposit Only Bank of America
Credit to the US Treasury
3752155941 >111310346<"

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE



## Check Images

This image contains confidential and personal information. If you print it, please store it in a secure place to prevent unauthorized use or theft of this information. For your safety, we recommend that you shred the document if you choose to discard or destroy the image copy.

Account # : ████7254    Date Processed:    04/05/11    Check # :    6505    Amount:    $1,000.00



DOUGLAS TUCKER
402 W SAN MARCOS BLVD. UNIT 104
SAN MARCOS, CA 92069

90-3582/1222    6505

DATE 3-25-11

PAY TO THE ORDER OF I.R.S. UNITED STATES TREASURY    $ 1000—

One thousand & 00/100    DOLLARS

US bank. All of us serving you™

MEMO May 2011 Estimated

⑆122235821⑆ ████7254⑈6505 ⑈000010000⑆

TUCK████████████████████35933
200812 04042011

CREDIT  US TREAS
20-  -2 00-4
IRS    OGDEN UT
>123000220<
US BANK NA

ENDORSE HERE
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

 

## Check Images

This image contains confidential and personal information. If you print it, please store it in a secure place to prevent unauthorized use or theft of this information. For your safety, we recommend that you shred the document if you choose to discard or destroy the image copy.

Account # : ██████7254    Date Processed:    03/08/11    Check # :    6503    Amount:    $1,000.00






## Check Images

This image contains confidential and personal information. If you print it, please store it in a secure place to prevent unauthorized use or theft of this information. For your safety, we recommend that you shred the document if you choose to discard or destroy the image copy.

Account # : ●●●●●●254    Date Processed:    03/08/11    Check # :    6504    Amount:    $1,000.00



