CSD 1100 [10/17/05]

Name, Address, Telephone No. & I.D. No.
Daniel G. Shay, SBN 250548
DAN SHAY LAW
8880 Rio San Diego Dr., Ste. 800
San Diego, CA 92108
Phone: 619-222-7429
Fax: 866-431-3292
DanShay@SDBKN.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Douglas Tucker & Holly Holmes

BANKRUPTCY NO.  10-21950-MM13

Debtors.

## AMENDMENT

Presented herewith are the original of the following:

[  ]    Petition

[  ]    Summary of Schedules

[  ]    Schedule A & B - Schedule of Real or Personal Property

[  ]    Schedule C - Schedule of Property Claimed Exempt

[  ]    Schedule D, E, or F, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH
       LOCAL RULE 1009

    [  ]    Adding or deleting creditors (diskette required), changing amounts owed or classification of debt - $26.00 fee
       required.  See instructions on reverse side.

    [  ]    Correcting or deleting other information.  See instructions on reverse side.

[  ]    Schedule G - Schedule of Executory Contracts & Expired Leases

[  ]    Schedule H - Schedule of Co-Debtor

[ X ]    Schedule I - Current Income of Individual Debtor(s)

[ X ]    Schedule J - Current Expenditure of Individual Debtor(s)

[  ]    Statement of Financial Affairs

[  ]    Statement of Current Monthly Income and Means Test Calculation (Form B22A)

[  ]    Statement of Current Monthly Income (Form B22B)

[  ]    Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income (Form B22C)

Dated: 5/16/11                    Signature_____ /s/ Daniel G. Shay_____
                                          Attorney for Debtor

### DECLARATION OF DEBTOR

We,_____Douglas Tucker & Holly Holmes_____, the undersigned debtors, hereby declare under penalty of
perjury that the information set forth in the amendment attached hereto, consisting of_____3_____
pages, and on the creditor matrix diskette, if any, is true and correct to the best of our information and belief.

Dated: 5/16/11   _____/s/ Douglas Tucker_____        _____/s/ Holly Holmes_____
                          Debtor                                        Joint Debtor

CSD 1100                              **REFER TO INSTRUCTIONS ON REVERSE SIDE**

CSD 1100 (Page 2) [10/17/05]

## INSTRUCTIONS

A.    Each amended page is to be in the same form as the original but is to contain ONLY THE INFORMATION TO BE CHANGED OR ADDED.  Pages from the original document which are not affected by the change are <u>not</u> to be attached.

    1.    Before each entry, specify the purpose of the amendment by inserting:

        a.    "ADDED," if the information was missing from the previous document filed; or

        b.    "CORRECTED," if information modifies previously listed information; or

        c.    "DELETED," if previously listed information is to be removed.

    2.    At the bottom of each page, insert the word "AMENDED."

    3.    Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee.  *If a Chapter 13 case*, serve a copy on the trustee; <u>DO NOT</u> serve a copy on the United States Trustee.

B.    Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (diskette required when Amendment submitted on paper) or if altering the status or amount of a claim.

### AMENDMENTS THAT FAIL TO FOLLOW THESE INSTRUCTIONS MAY BE REFUSED
### ** AMENDMENTS FILED AFTER THE CASE IS CLOSED ARE NOT ENTITLED TO A REFUND OF FEES **

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on _16th_ day of ___May, 2011_____, I served a true copy of the within AMENDMENTS by:

THE COURT'S ELECTRONIC FILING SYSTEM & FIRST CLASS U.S. MAIL

on the following persons as checked below:

| [ ]  For Chpt. 7, 11, & 12 cases: | [ ]  For ODD numbered Chapter 13 cases: | [ X ]  For EVEN numbered Chapter 13 cases: |
|---|---|---|
| UNITED STATES TRUSTEE<br>Department of Justice<br>402 West Broadway, Suite 600<br>San Diego, CA 92101 | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>530 "B" Street, Suite. 1500<br>San Diego, CA 92101 | DAVID L. SKELTON, TRUSTEE<br>525 "B" Street, Suite 1430<br>San Diego, CA 92101-4507 |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on ____5/16/11_____
           (Date)

 Daniel G. Shay - /s/ Daniel G. Shay_____
(Typed Name and Signature)

880 Rio San Diego Dr. St. 800_____
(Address)

San Diego, CA  92108_____
(City, State, ZIP Code)

CSD 1100