Daniel G. Shay, SBN 250548
DAN SHAY LAW
8880 Rio San Diego Dr., Ste. 800
San Diego, CA 92108
Phone: 619-222-7429
Fax: 866-431-3292
DanShay@SDBKN.com

Attorney for Debtors, Douglas Tucker & Holly Holmes

UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 10-21950-MM13 |
| | Chapter 13 |
| DOUGLAS TUCKER & HOLLY HOLMES | NOTICE OF POTENTIAL CALENDAR CONFLICT |
| Debtors. | Hearing Date: 5/17/2011<br>Hearing Time: 10:00 AM<br>Department: One |

NOTICE IS HEREBY GIVEN THAT the Debtors' attorney, Daniel G. Shay, may have a potential calendar conflict for the hearing on May 17th, 2011 at 10:00 AM in Department One as he is also scheduled to appear at two 341(a) Hearings at Emerald Plaza at 8:30 AM on the same day. Debtors' attorney will try his best to be punctual for the hearing on May 17th, 2011 at 10:00 AM in Department One .

DATED: 5/16/11                    ___/s/ Daniel G. Shay___
                                            Attorney for Debtors

1