# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## Minute Order

### *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | DOUGLAS RANDOLPH TUCKER & HOLLY ANN HOLMES |
| **Case Number:** | 10-21950-MM13    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, MAY 17, 2011 10:00 AM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | TINA SCHMITT |
| **Reporter / ECR:** | HEATHER PITVORIC |

### *Matter:*

OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND MOTION TO DISMISS CASE FILED BY TRUSTEE

### *Appearances:*

REBECCA PENNINGTON, ATTORNEY FOR TRUSTEE
DANIEL SHAY, ATTORNEY FOR DOUGLAS TUCKER & HOLLY HOLMES
SYLVIA SHAUGHNESSY, ATTORNEY FOR INTERNAL REVENUE SERVICE

### *Disposition:*

Continued to 5/31/11 at 11:00 AM, Department 1.  Plan confirmed, subject to execution of stipulation, and lack of any new objections.