```
LAURA E. DUFFY
United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8800

SYLVIA L. SHAUGHNESSY  #110826
Special Assistant U.S. Attorney
701 B Street, Suite 901
San Diego, California  92101
Telephone ((619) 744-7126

Attorneys for the Internal
Revenue Service
```

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) | Case No. 10-21950-MM13 |
| ) | |
| DOUGLAS RANDOLPH TUCKER and ) | STIPULATION RE: PAYMENT |
| HOLLY ANN HOLMES, ) | OF POST-PETITION CLAIM OF |
| ) | INTERNAL REVENUE SERVICE |
| Debtors. ) | |
| ) | |

   IT IS HEREBY STIPULATED by and between the United States (Internal Revenue Service) and the debtors, through their undersigned counsel, and the Chapter 13 Trustee, as follows:

   1.  The debtors have incurred an unpaid post-petition debt for federal income taxes for 2010 in the total amount of $9,905.00.

   2.  Under the provisions of Bankruptcy Code § 1305(a), the Internal Revenue Service may file a claim in the debtors' case for payment of the debtors' post-petition tax liability.

   3.  It is agreed that debtors' 2010 income tax liability in the amount of $9,905.00 referred to in paragraph 1 shall be paid in full as a post-petition claim by the Chapter 13 Trustee through this Chapter 13 case with interest at the annual rate of 4%.

4.  The debtors agree to increase their plan payment if necessary to provide for full payment of the Internal Revenue Service's post-petition claim for the debtors' 2010 income tax liability, including interest, during the remaining period of this Chapter 13 case.

5.  No discharge will be granted to the debtors under Bankruptcy Code § 1328 unless their post-petition income tax liability for 2010 plus accrued interest has been paid in full to the Internal Revenue Service prior to entry of any discharge order.

6.  The debtors agree that they will make timely estimated payments of income tax to cover her current and future income taxes, including self-employment taxes, and that they will timely file their income tax returns without any request for an extension and pay any remaining tax and penalties due thereon during the remaining period of this Chapter 13 case.

7.  The debtors agree that that if any other post-petition taxes are not timely paid when due or any post-petition tax returns are not timely filed during the remaining time that this case is pending, the debtors will not oppose a motion to dismiss this case brought by the Internal Revenue Service on such basis.

8.  If the debtors overpay any tax for a subsequent post-petition tax period, the Internal Revenue Service may credit such overpayment of tax against the tax liability referred to in paragraph 1 and will notify the Chapter 13 Trustee of any reduction of the post-petition claim due to any such offset.

9. The Internal Revenue Service's Objection to Confirmation of Plan, which matter is set for continued hearing on May 31, 2010, at 11:00 a.m. in Dept. 1, will be moot upon entry of an order on this stipulation and the continued hearing may be taken off of the Court's calendar.

10. An order of the Court may be entered based upon this stipulation.

Dated: 5/26/11

SYLVIA L. SHAUGHNESSY
Special Assistant U.S. Attorney

Dated: 5/24/11

Daniel G. Shay
Attorney for Debtors

Dated: 5/24/11

DAVID L. SKELTON, Trustee
(Approved as to Form)

-3-