CSD 1001A [11/15/04]
Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

Order Entered on May 26, 2011 by Clerk U.S. Bankruptcy Court Southern District of California

In Re



Debtor.

BANKRUPTCY NO.

Date of Hearing:
Time of Hearing:
Name of Judge:

## ORDER ON

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through _____ with exhibits, if any, for a total of _____ pages, is granted.    Stipulation Docket Entry No. _____

//
//
//
//
//
//

DATED: May 26, 2011

_Margaret M. Mann_
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

_____
(Firm name)

By:_____
   Attorney for ☐ Movant ☐ Respondent

CSD 1001A

```
CSD 1001A [11/15/04](Page 2)
ORDER ON
DEBTOR:                                                          CASE NO:
```

CSD 1001A

*Signed by Judge Margaret M. Mann May 26, 2011*