# United States Bankruptcy Court
For The
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **IN RE:** DOUGLAS RANDOLPH TUCKER<br>HOLLY ANN HOLMES | **DATE** 06/08/2011 | **CASE No.** 10-21950-MM13<br>SS #1 XXX-XX-5933<br>SS #2 XXX-XX-9180 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intent to pay the claims of creditors named below and in the amounts and manner, set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | CLAIM AMOUNT | PAY % | CLASSIFICATION |
|---|---|---|---|---|
| 001 | INTERNAL REVENUE SERVICE^ / PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | 19,703.56 | 100.0000% | Priority |
| 001 | INTERNAL REVENUE SERVICE^ / PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | 1,918.17 | 1.0000% | Unsecured |
| 002 | UNION BANK NA / PO BOX 85443 LRU-M711<br>SAN DIEGO, CA 92186-5443 | 3,102.31 | 1.0000% | Unsecured |
| 003 | CHASE HOME FINANCE LLC-PRIME / 3415 VISION DR<br>COLUMBUS, OH 43219-6009 | None | 100.0000% | Secured |
| 004 | CHASE HOME FINANCE LLC-NONPRIME / 10790 RANCHO BERNARDO<br>SAN DIEGO, CA 92127 | 65,204.14 | 1.0000% | Unsecured |
| 005 | FIA CARD SERVICES / 1000 SAMOSET DR<br>DE5-023-03-03 / NEWARK, DE 19713 | 10,483.61 | 1.0000% | Unsecured |
| 006 | CHASE BANK USA NA / PO BOX 15145<br>WILMINGTON, DE 19850-5145 | 9,728.10 | 1.0000% | Unsecured |
| 007 | CHASE BANK USA NA / PO BOX 15145<br>WILMINGTON, DE 19850-5145 | 1,988.30 | 1.0000% | Unsecured |
| 008 | CHASE BANK USA NA / PO BOX 15145<br>WILMINGTON, DE 19850-5145 | 4,279.97 | 1.0000% | Unsecured |
| 009 | CHASE BANK USA NA / PO BOX 15145<br>WILMINGTON, DE 19850-5145 | 7,182.25 | 1.0000% | Unsecured |
| 010 | CHASE BANK USA NA / PO BOX 15145<br>WILMINGTON, DE 19850-5145 | 194.70 | 1.0000% | Unsecured |
| 011 | CHASE BANK USA NA / PO BOX 15145<br>WILMINGTON, DE 19850-5145 | 3,307.61 | 1.0000% | Unsecured |
| 012 | FIRST NATIONAL BANK OF OMAHA / 1620 DODGE ST STOP CODE 31<br>OMAHA, NE 68197 | 5,186.06 | 1.0000% | Unsecured |
| 013 | US DEPT OF EDUCATION / PAYMENT CENTER<br>PO BOX 530260 / ATLANTA, GA 30353-0260 | 10,456.23 | 1.0000% | Unsecured |
| 014 | UNION BANK NA / PO BOX 85443 LRU-M711<br>SAN DIEGO, CA 92186-5443 | 111.04 | 1.0000% | Unsecured |
| 015 | ANTHONY W SILVIA ATTY AT LAW / 2223 AVENIDA DE LA PLAYA STE<br>LA JOLLA, CA 92037 | 25,000.00 | 1.0000% | Unsecured |
| 016 | CANDICA LLC / C/O WEINSTEIN & RILEY PS<br>PO BOX 3978 / SEATTLE, WA 98124-3978 | 2,672.11 | 1.0000% | Unsecured |
| 017 | BECKET & LEE LLP ^ / PO BOX 3001<br>MALVERN, PA 19355 | 6,292.55 | 1.0000% | Unsecured |

# United States Bankruptcy Court
For The
SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: | DATE | CASE No. 10-21950-MM13 |
|---|---|---|
| DOUGLAS RANDOLPH TUCKER | 06/08/2011 | SS #1 XXX-XX-5933 |
| HOLLY ANN HOLMES | | SS #2 XXX-XX-9180 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intent to pay the claims of creditors named below and in the amounts and manner, set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | CLAIM AMOUNT | PAY % | CLASSIFICATION |
|---|---|---|---|---|
| 018 | PORTFOLIO RECOVERY ASSOC LLC / PO BOX 12914  NORFOLK, VA 23541 | 233.52 | 1.0000% | Unsecured |
| 019 | FRANCHISE TAX BOARD / BANKRUPTCY SEC. SPECIAL PROC.  PO BOX 2952   MS: A340 / SACRAMENTO, CA 95812-2952 | 770.52 | 100.0000% | Priority |
| 019 | FRANCHISE TAX BOARD / BANKRUPTCY SEC. SPECIAL PROC.  PO BOX 2952   MS: A340 / SACRAMENTO, CA 95812-2952 | 462.38 | 1.0000% | Unsecured |
| 020 | INTERNAL REVENUE SERVICE^ / PO BOX 7317  PHILADELPHIA, PA 19101-7317 | 9,905.00 | 100.0000% | Priority |
| | Total | 188,182.13 | ******* | |
| | DANIEL G SHAY #250548  8880 RIO SAN DIEGO DR STE 800  SAN DIEGO, CA 92108 | 3,950.00 | | Debtor's Attorney |

Pursuant to 11 U.S.C. 502(a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest files with the court in accordance with Rule 3007, an Objection to Claim and Request for Hearing within thirty (30) days of this notice.

/s/David L. Skelton
David L. Skelton
525 B STREET, SUITE 1430
SAN DIEGO, CA 92101